IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD DAVIS, JR.<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT ATTORNEY OF ALLEGHENY COUNTY, THE ATTORNEY GENERAL OF PENNSYLVANIA, and MARK CAPOZZA, SUPERINTENDENT,<br><br>Defendants. | CIVIL ACTION NO. 22-417 |

## ORDER

AND NOW this 29th day of August, 2023, in accordance with the accompanying memorandum opinion, it is hereby ORDERED that the pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by Gerald Davis, Jr. (ECF No. 1) is DENIED. A certificate of appealability will not issue. The magistrate judge's R&R is adopted as the opinion of the court as supplemented in the accompanying opinion.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Judge